Order Entered.

*David L. Bissett* (signature)

_____
**David L. Bissett**
**United States Bankruptcy Judge**

**Dated: August 10th, 2021**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| IN RE: | CASE NO. 2:12-bk-20431 |
|---|---|
| FOREST COAL COMPANY | CHAPTER 7 |
| Debtor. | JUDGE DAVID L. BISSETT |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On July 6, 2021 Matthew J. Baker, pro se creditor, filed with the U.S. Bankruptcy Court a Motion for Payment of Unclaimed Funds. October 17, 2014, Robert Johns, Chapter 7 Trustee, submitted to the Clerk, U.S. Bankruptcy Court funds in the amount of $1,975.22 reflected by the Court's cash register receipt #90184 which was deposited with the U.S. Treasury on behalf of Matthew Baker. No objections were filed within the 21day objection time. Upon review and verification of the unclaimed funds account

IT IS ORDERED that the Clerk of the U. S. Bankruptcy Court for the Southern District of West Virginia is hereby directed to remit to Matthew J. Baker the total amount of $1,975.22 currently being held as unclaimed funds in the U. S. Treasury for the herein stated creditor.