# Notice Recipients

District/Off: 0425–2     User: rlj     Date Created: 8/11/2021
Case: 2:12–bk–20431     Form ID: pdf001     Total: 9

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Robert L. Johns | rjohns@turnerjohns.com |
| aty | Ellen S. Cappellanti | ecappellanti@jacksonkelly.com |
| aty | Joseph T Johns | jjohns@turnerjohns.com |
| aty | Robert L. Johns | rjohns@turnerjohns.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Forest Coal Company | P.O. Box 591 | Danville, WV 25053 | |
| aty | Richard Grady Ford | Jackson Kelly PLLC | 500 Lee St E, Suite 1600 (25301) | PO Box 553    Charleston, WV 25301 |
| smg | United States Attorney | Southern District WV | P.O. Box 1713 | Charleston, WV 25326–1713 |
| 2760702 | Matthew J. Baker | 664 Magnolia Circle, Warrior AL 35180 | | |

TOTAL: 4