## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

FOREST COAL COMPANY,

CASE NO. 12-20431

Chapter 7 Liquidation

### ORDER APPROVING PROFESSIONAL FEES AND EXPENSES

Robert L. Johns, Chapter 7 Trustee of the bankruptcy estate of Forest Coal Company (the "Trustee") filed a Trustee's Final Report (the "Final Report"), Trustee's Application for Compensation and Reimbursement of Expenses and Application for Allowance and Payment of Fees and Reimbursement of costs of Attorney for Trustee. The Trustee provided a Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to all parties on the Court's mailing matrix and no objections were filed.

The Court having considered the Final Report filed by the Trustee and the fee applications filed in the above-styled matter, and notice having been sent to the entire creditor body, and there being no objections filed thereto, the Court is of the opinion, and it is hereby

ORDERED that creditors shall be paid as set forth in the Final Report and that the fees and expenses as set out below shall be paid by the Chapter 7 Trustee, as follows:

| Description | Type | Previously Paid | Approved Payment | Total |
|---|---|---|---|---|
| ROBERT L. JOHNS, Trustee Fees | Fees | $0.00 | $125,283.06 | $125,283.06 |
| ROBERT L. JOHNS, Trustee Expenses | Expenses | $0.00 | $2,027.31 | $2,027.31 |
| TURNER & JOHNS, PLLC Attorney for Trustee Fees | Fees | $160,139.00 | $20,300.00 | $20,300.00 |
| TURNER & JOHNS, PLLC, Attorney for Trustee Expenses | Expenses | $5,121.28 | $9,223.61 | $9,223.61 |
| United States Bankruptcy Clerk, Clerk of Court Costs | Fees | $0.00 | $714.00 | $714.00 |
| Other: UMWA 1992 Benefit Plan, Other Chapter 7 Administrative Expenses | Expenses | $1,280,072.09 | $1,574,730.27 | $1,574,730.27 |

Robert L. Johns
808 Greenbrier Street
Charleston, WV 25311
Tel. No. (304) 720-2300